IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LISA ARMSTRONG, | § |
| | § |
| Plaintiff, | § |
| | § |
| Vs. | § |
| | § Civil Action No. 4:11-CV-374-A |
| | § |
| HUNTER WARFIELD OF NEW ENGLAND, | § |
| INC., a/k/a HUNTER WARFIELD, INC., | § |
| | § |
| Defendant. | § |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 2 2012
CLERK, U.S. DISTRICT COURT
by_____
Deputy**

## FINAL JUDGMENT

Pursuant to the notice of dismissal filed by the plaintiff on January 12, 2012,

The Court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by Plaintiff against Defendant be, and are hereby, dismissed with prejudice. Costs taxed to Plaintiff.

SIGNED this the 12 day of January, 2012.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE